| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 12/2/2025<br>TIME: 10:00am |

CASE:  **CV 23-9476 (AMD)**

TYPE OF CONFERENCE:  Status Conference        FTR: 10:05-10:14

APPEARANCES:
    For Plaintiff: Patricia A. Weiss

    For Defendant: Mark A. Radi, Jonathan O. Gill, Leland S Solon,

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Status conference held.  Discovery is ongoing.  The Court is aware of the pending motion for leave to amend and the arguments that certain parties are no longer in the case.  The Scheduling Order at DE [92] remains in place for the time being.

                                                SO ORDERED

                                            /s/ Steven I. Locke
                                            STEVEN I. LOCKE
                                            United States Magistrate Judge